JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INOLEX, INC. and INOLEX INVESTMENT CORP., <br><br> Plaintiffs, <br><br> v. <br><br> AE CHEMIE, INC., <br><br> Defendant. | Case No. 2:23-cv-03154-AB-PD <br><br> **ORDER ON STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)** |

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to all parties. Each party shall bear its own fees and costs.

IT IS SO ORDERED this 22nd day of August, 2023.

_____
Hon. André Birotte Jr.
United States District Judge